# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| VICTOR TAGLE, SR.,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA; U STORE;<br>DAVID HERMANSON; CHRIS A.<br>BEECROFT, JR.; 8TH JDC CLERKS #46<br>& 26; AND CLARK LESLIE,<br>Respondents. | No. 80342 ✓<br><br>**FILED**<br><br>JAN 23 2020<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY_____<br>DEPUTY CLERK |
| VICTOR TAGLE, SR.,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA; AND NDOC,<br>Respondents. | No. 80343 |
| VICTOR TAGLE, SR.,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA; AND CCA,<br>Respondents. | No. 80344 |
| VICTOR TAGLE, SR.,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA; AND CLARK<br>COUNTY DFS,<br>Respondents. | No. 80345 |

## ORDER DISMISSING APPEALS

These are pro se appeals. Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge.

Appellant appears to challenge proceedings that occurred on December 17, 2019. The oral rulings made during the proceedings are ineffective and cannot be appealed. *See State, Div. of Child and Family Serv's v. Eighth Judicial Dist. Court*, 120 Nev. 445, 454, 92 P.3d 1239, 1245 (2004) ("[D]ispositional court orders that are not administrative in nature, but deal with the procedural posture or merits of the underlying

SUPREME COURT<br>OF<br>NEVADA<br><br>(O) 1947A

20-03268

controversy, must be written, signed, and filed before they become effective"). Accordingly, this court

ORDERS these appeals DISMISSED.[1]

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

cc: Hon. Linda Marie Bell, Chief Judge
Victor Tagle, Sr.
Attorney General/Carson City
Eighth District Court Clerk

---

[1]Given these dismissals, this court takes no action in regard the documents filed in these appeals on January 17 and 21, 2020.